BRAYTON◆PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

BEVERLEY JAMES LOWE,

          Plaintiff,

vs.

GENERAL ELECTRIC COMPANY, *et al.*,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:12-cv-05227-CRB

**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS  EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT HUNTINGTON INGALLS INCORPORATED**

      PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant HUNTINGTON INGALLS INCORPORATED are hereby dismissed with prejudice.

Dated: Sept. 3, 2013

By: _____
Charles R. Breyer
United States District Judge



IT IS SO ORDERED

Judge Charles R. Breyer

1