BRAYTON◆PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

BEVERLEY JAMES LOWE,                    )     Case No. 3:12-cv-05227-CRB
                                        )
            Plaintiff,                  )     **ORDER GRANTING PARTIES'**
                                        )     **DISMISSAL WITH PREJUDICE OF**
vs.                                     )     **DEFENDANT HUNTINGTON**
                                        )     **INGALLS INCORPORATED**
GENERAL ELECTRIC COMPANY,               )
*et al.*,                               )
                                        )
            Defendants.                 )
                                        )
                                        )
                                        )
                                        )
                                        )
                                        )

        PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant

HUNTINGTON INGALLS INCORPORATED are hereby dismissed with prejudice pursuant to

Rule 41 of the Federal Rules of Civil Procedure.


Dated:   Sept. 16, 2013            By:_____

                                   Charles R.
                                   United State

1

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT HUNTINGTON
INGALLS INCORPORATED