UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLEY JAMES LOWE,<br><br>  Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>  Defendants | Case No. 3:12-cv-05227-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT WARREN PUMPS, LLC** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED.** All claims against Defendant WARREN PUMPS, LLC are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: January 27, 2014            By: _____
                                       Charles R. Breyer
                                       United States District Judge



IT IS SO ORDERED
Judge Charles R. Breyer

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT WARREN PUMPS, LLC