1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   BEVERLY JAMES LOWE,                        Case No.  12-cv-05227-CRB   (JSC)

          Plaintiff.

8

          v.                                   **ORDER RE: SETTLEMENT STATUS**

9

10  GENERAL DYNAMICS,

          Defendant.

11

12

13       This action has been referred to Magistrate Judge Joseph C. Spero and Magistrate Judge

14  Jacqueline Scott Corley for settlement purposes.  The remaining parties in this case are ordered to

15  do the following:

16       1.      Plaintiff(s) shall make a demand in writing for settlement to each defendant. If

17  Plaintiff has already done so, Plaintiff shall reiterate his/her demand or make a new demand.

18       2.      Each defendant shall respond in writing to Plaintiff's demand.

19       3.      Following the exchange of offers and counteroffers, the parties shall negotiate in a

20  good faith attempt to resolve the claims without further court intervention.

21       4.      If the case is not resolved by the negotiations, each party in each case shall prepare

22  Settlement Conference Statements which must be LODGED with Judge Spero's and Judge

23  Corley's Chambers (NOT electronically filed) on or before **June 6, 2014.**  Please 3-hole punch the

24  document at the left side. Each party shall also submit their Settlement Conference Statement in

25  .pdf format and email their statement to JCSPO@cand.uscourts.gov and

26  JSCPO@cand.uscourts.gov.

27       5.      Upon the Court's review of the Statements, the Court will contact the parties

28  regarding a date for an in-person settlement conference.

United States District Court
Northern District of California

1          **IT IS SO ORDERED.**

2     Dated: May 8, 2014

3                                                    _____

4                                                    JACQUELINE SCOTT CORLEY
                                                     United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California