GILBERT L. PURCELL, ESQ., S.B. #113603
KIMBERLY J. CHU, ESQ., S.B. #206817
Email: kchu@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES MACK, | Case No. 3:10-cv-03165-CRB |
| BEVERLEY JAMES LOWE, | Case No. 3:12-cv-05227-CRB |
| KERRY O'BRIEN | Case No. 3:06-cv-03724-CRB |
| Plaintiffs, | ORDER ALLOWING TRIAL EQUIPMENT |
| vs. | |
| GENERAL ELECTRIC COMPANY, *et al.*, | Trial Date: August 18, 2014<br>Judge: Hon. Charles R. Breyer<br>Courtroom 6 - 17th Floor |
| Defendants.<br>Plaintiffs, | |

1  Plaintiffs require the following items to be allowed into the above courtroom on or
2 before August18, 2014 for trial setup, as well as for trial commencing on August 18, 2014:
3  Plaintiffs' Exhibit binders
4  Richard Cohen Binders
5  Laptops (2)
6  Exemplar:   Thermal Tape w/ Amosite Filler
7  Exemplar:   Eagle Pitcher Insulating Cement
8  Exemplar:   Unibestos Pipe Covering
9  Exemplar:   Pabco Block Insulation
10  Exemplar:   Asbestos Cloth (Blue Grade A  85% Crysotile)
11  Exemplar:   Asbestos Cloth (Green Grade C 95% Crysotile)
12  Exemplar:   Asbestos Pipe Insulation
13  Exemplar:   Asbestos Blanket
14  Exemplar:   Unibestos Unarco Pipe Covering 3ft Long
15  Exemplar:   Cal- Sil 1/2 Round Pipe Covering 3ft Long
16  ELMO
17  DVD player
18  VCR
19  Speakers (2)
20  Easels (2)
21  Box of easel pads (2)
22  Screen
23  Projector
24  Trial Boards
25  Tool box
26  AV cords (4)
27  Stapler
28  Asbestos sample

Remotes for VCR, DVD, Projector and ELMO

Packing tape

Scotch tape

Box of felt pens

Extension cord

Table

Power strip

Dated: August 12, 2014

BRAYTON❖PURCELL LLP

By: s/ Kimberly J. Chu
Kimberly J. Chu, Esq., S.B. #206817
Email: kchu@braytonlaw.com
Tel: (415) 898-1555
Fax: (415) 898-1247
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: August 12, 2014

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA

Charles Breyer
United S…