**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEVERLEY JAMES LOWE,<br><br>    Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>    Defendants | Case No. 3:12-cv-05227-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS  EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT GENERAL DYNAMICS CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant GENERAL DYNAMICS CORPORATION are hereby dismissed with prejudice.

Dated: August 25, 2014            By: _____
                                      Charles R. Bryer
                                      United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT GENERAL DYNAMICS CORPORATION